IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| JANADA BRIANNA PUTMON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 3:11cv237 |
| | ) | |
| CITY OF CHARLOTTE, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| BIANCA CHRISTINE THORPE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 3:11cv238 |
| | ) | |
| CITY OF CHARLOTTE, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court upon Plaintiff Putmon's Motion to Consolidate these cases, filed June 10, 2011. Plaintiff's motion sought to consolidate these two actions solely for disposition of the then-pending motions to remand in each case. The court denied those motions to remand on July 27, 2011. It appears to the court that these cases should be consolidated for discovery *and* trial, as they involve identical facts, Defendants, and causes of action. Accordingly,

IT IS THEREFORE ORDERED that the Motion to Consolidate is hereby GRANTED, and these two matters are hereby consolidated for discovery and trial.

Signed: August 24, 2011

Graham C. Mullen
United States District Judge