IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
**3:11-CV-237-GCM**

| | | |
|---|---|---|
| JANADA BRIANNA PUTMON and <br> BIANCA CHRISTINE THORPE, <br> Plaintiffs, <br> v. <br> CITY OF CHARLOTTE, <br> RODNEY MONROE, <br> MARCUS RAMON JACKSON, <br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) | **ORDER** |

    THIS MATTER is before the court on its own motion. Plaintiffs and Defendants City of Charlotte and Rodney Monroe have both filed a Certification and Report of Initial Attorneys' Conference [docs. 14 and 15]. Prior to entering the Pre-Trial Order, an Initial Pretrial Conference will be held in Courtroom #3. The parties are directed to appear for this conference on **November 15, 2011 at 11:00 a.m.**

    IT IS SO ORDERED.

    Signed: October 12, 2011

Graham C. Mullen
United States District Judge