IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:11-CV-237-GCM

JANADA PUTMON,
    Plaintiff,

v.

CITY OF CHARLOTTE, *et al*
    Defendants

### ORDER

THIS MATTER IS BEFORE THE COURT on its own motion. It appears that this matter has been dismissed as against all defendants, except Defendant Marcus Raymond Jackson, against whom entry of default has been made.

IT IS THEREFORE ORDERED that the trial currently set for January 14, 2013 is **CANCELED**. A hearing on the default judgment will be scheduled at a later date.

Signed: December 28, 2012

Graham C. Mullen
United States District Judge