UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:11-CV-237

| | |
|---|---|
| JANADA BRIANNA PUTMON,  )<br>Plaintiff,  )<br>  )<br>v.  )<br>  )<br>CITY OF CHARLOTTE, *et al*,  )<br>Defendant.  ) | O R D E R |

    THIS MATTER is before the Court on its own motion. IT IS ORDERED that Plaintiff's attorney is directed to contact this office to advise the court which type of trial, on the issue of damages, is necessary and is ordered to do so within 14 days. Failure to respond will be deemed a failure to prosecute.

    SO ORDERED.

Signed: April 3, 2013

*/s/ Graham C. Mullen*
Graham C. Mullen
United States District Judge