UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:11-CV-237

| | | |
|---|---|---|
| **JANADA BRIANNA PUTMON,** | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **O R D E R** |
| | ) | |
| **CITY OF CHARLOTTE,** *et al*, | ) | |
| Defendant. | ) | |

THIS MATTER is before the Court on its own motion. IT IS ORDERED that the Bench Trial in this matter is set for June 10, 2013 at 10:30 a.m. in Courtroom #3.

SO ORDERED.

Signed: April 22, 2013

Graham C. Mullen
United States District Judge