UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRIT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:11-CV-237

| | | |
|---|---|---|
| **JANADA BRIANNA PUTMON,** | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | <u>**O R D E R**</u> |
| | ) | |
| **CITY OF CHARLOTTE,** *et al,* | ) | |
| **Defendants.** | ) | |

**THIS MATTER IS BEFORE THE COURT ON ITS OWN MOTION.** This case is set for trial on **Monday, June 10, 2013, at 10:30 a.m**. The parties are hereby directed as follows:

1. **By Monday, May 13, 2013 at 4:00 P.M. the parties are required:**

    (a) To discuss the possibility of settlement.

    (b) To exchange copies of exhibits, number and become acquainted with all exhibits and agree to the extent possible on the authenticity of exhibits.

    (c) To file a trial brief and a joint statement of the issues remaining for trial.

    (d) To file proposed findings of fact and conclusions of law in all non-jury matters.

2. You will be expected to comply with the provisions of the pretrial order regarding trial preparation. **COUNSEL ARE NOTIFIED THAT FAILURE TO COMPLY WITH DEADLINES WILL RESULT IN SANCTIONS**.

3. All cases are subject to call for trial when reached, regardless of their position on the calendar. As this is a bench trial, **no jury will be selected.**

4. Issue any needed subpoenas immediately upon receipt of this Order.

5. When presenting judgments or orders for the trial judge's signature, you are required to submit them in Microsoft Word format via CyberClerk. If you are not a registered ECF user, or if are appearing pro-se, you need to show that you have sent copies to opposing counsel and to submit the original and three copies for the use of the Court, plus sufficient copies for all counsel of record in the case. Upon entry of the judgment, the Clerk will at that time serve the filed copies to counsel.

6. Exhibits: Parties are expected to use presentation technology available in the courtroom to display evidence to the jury. Training on the equipment should be arranged well in advance of trial with the courtroom deputy. See "Courtroom Technology" link on the

district website at www.ncwd.uscourts.gov. Counsel shall provide in electronic format any exhibits of documents, photographs, videos, and any other evidence that may be reduced to an electronic file, for the use of Court personnel and the Court's Jury Evidence Recording System (JERS) during trial. Documents and photographs shall be in .pdf, .jpg, .bmp, .tif, or .gif format; video and audio recordings shall be in .avi, .wmv, .mpg, .mp3, .wma, or .wav format. Each electronic exhibit shall be saved as a separate, independent file, and provided to the Court on a storage device, such as cd, dvd, or flash drive. Exhibit files shall be named consistent with their order and name on the exhibit list. For example:

> Exhibit 1 - photograph of....
>
> Exhibit 2(a) - contract
>
> Exhibit 2(b) - video deposition of....

7. If you have or discover a serious objection to trial which you think ought to result in a postponement, please file your motion to continue electronically or in writing if you are not a registered ECF user or if you are appearing pro-se.

**IT IS SO ORDERED.**

Signed: April 25, 2013

Graham C. Mullen
United States District Judge