IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

Case No. 3:11cv237

Janada Brianna Putmon

**ORDER**

vs.

City of Charlotte, et al

The parties are hereby directed to maintain all exhibits offered and admitted in the above entitled case by either party during, following motion hearing and appeal period; and

IT IS ORDERED that the clerk is hereby relieved of all responsibility for said exhibits and that upon request of the clerk, the custodian of the exhibits shall deliver said exhibits to the clerk forthwith.

This 10th day of June, 2013

Signed: June 10, 2013

Graham C. Mullen
Senior United States District Judge